FILED

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0738

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0738

_____

RAPHAEL J. HE DOES IT,

     Petitioner,

  v.

RED LODGE CITY COUNCIL,
CITY OF RED LODGE, and KRISTEN
COGSWELL, Mayor,

     Respondents.

O R D E R

_____

On December 20, 2022, Petitioner Raphael J. He Does It filed a Petition for Writ of Mandamus. He Does It seeks this writ to direct the Red Lodge City Council, City of Red Lodge, and Mayor Kristen Cogswell to perform their legally mandated duties by immediately transmitting a letter of judicial reappointment of He Does It as Judge for the Red Lodge City Court to the Office of Court Administrator, and recording the same with the Carbon County Clerk and Recorder. He Does It further alleges that this matter is urgent because the Red Lodge City Court is currently without a duly appointed Judge.

Although He Does It requests that we issue a writ in peremptory form pursuant to § 27-26-204, MCA, we conclude it is appropriate to permit Respondents the opportunity to respond on an expedited basis.

Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Respondents Red Lodge City Council, City of Red Lodge, and and/or Kristen Cogswell, Mayor, are granted until January 3, 2023, to prepare, file, and serve a response(s) to the petition for writ of mandamus.

The Clerk is directed to immediately provide a copy of this Order to all counsel of record.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
December 21 2022